[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. Dawson v. Gentzler Tool & Die Corp.*, Slip Opinion No. 2014-Ohio-3957.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2014-OHIO-3957

THE STATE EX REL. DAWSON, APPELLANT, *v.* GENTZLER TOOL & DIE CORP. ET AL., APPELLEES.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. Dawson v. Gentzler Tool & Die Corp.*, Slip Opinion No. 2014-Ohio-3957.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 2012-1814—Submitted August 19, 2014—Decided September 17, 2014.)

APPEAL from the Court of Appeals for Franklin County,

No. 11AP-1017, 2012-Ohio-4418.

_____

**{¶ 1}**  The judgment of the court of appeals is affirmed for the reasons stated in the opinion of the court of appeals.

_____

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____

Richard L. Williger Co., L.P.A., and Richard L. Williger, for appellant.

Michael DeWine, Attorney General, and Lydia M. Arko, Assistant Attorney General, for appellee Industrial Commission of Ohio.

————————————————